**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANDI ZEKTHI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No:  4:16-cv-01215 |
| v. | ) | |
| | ) | |
| PERFORMANT RECOVERY, INC. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PERFORMANT TECHNOLOGIES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSALL

Plaintiff Andi Zekthi, through counsel, serves notice that he voluntarily dismisses this action with prejudice as to both Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED:  September 20, 2016                Respectfully Submitted,


By:    /s/ Nathan D. Sturycz
Nathan D. Sturycz, #61744MO
100 N. Main, Suite 11
Edwardsville, IL  62025
Phone: 877-314-3223
Fax: 888-632-6937
nathan@mainstreet-law.com
*Attorney for Plaintiff*